IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOGAN ARAMACI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-2088-RP |
| | § | |
| TODD BLANCHE, *in his official capacity as Attorney General of the United States*, et al., | § | |
| | § | |
| | § | |
| Respondents. | § | |

**<u>ORDER</u>**

Before the Court is Petitioner Dogan Aramaci's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Respondents'[1] response in opposition, (Dkt. 7).

Respondents contend that Petitioner was previously released from immigration detention on a $6,000 bond and that he was re-detained after his bond was cancelled due to his arrest for "driving while intoxicated with an open container," (Resp., Dkt. 7, at 6). In the interest of fully and accurately assessing the claims in this case, the Court will order Petitioner to file a reply to Respondents' Response, (Dkt. 7).

**IT IS ORDERED** that Petitioner file a reply to Respondents' Response, (Dkt. 7), **on or before September 1, 2026**. Such reply must specifically address Respondents' assertion that Petitioner is being detained because he violated his immigration bond due to his recent alleged arrest, as well as any other arguments Petitioner wishes to raise.

**SIGNED** on August 24, 2026.



ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

[1] The Response is filed only on behalf of the federal employees in this action. (Resp., Dkt. 7, at 1 n.1).